

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00229-CR
_____

ROHIT POLAVARAPU, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Criminal Court Number Nine
Tarrant County, Texas
Trial Court No. 1573689; Honorable Brent A. Carr, Presiding

December 10, 2019

## ORDER

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Rohit Polavarapu, proceeding *pro se*, appeals his conviction for driving while intoxicated[1] and sentence to ninety days confinement, suspended in favor of community supervision for eighteen months. We remanded this to cause to the trial court on August 2, 2019, after granting the motion to withdraw of Appellant's retained counsel.

---

[1] TEX. PENAL CODE ANN. § 49.04 (West Supp. 2019).

On remand, the trial court found that Appellant still desired to prosecute the appeal but was not indigent. Appellant was, therefore, not entitled to appointed counsel or a free appellate record.

The appeal was reinstated on our docket. The clerk's record was subsequently filed, but the reporter's record was not. By letter of August 30, 2019, we directed Appellant to request preparation and make payment arrangements for the reporter's record by October 29. Failure to comply by this deadline, we advised, would result in the appeal being submitted to the court for consideration without the reporter's record. TEX. R. APP. P. 37.3(a)(2). Appellant did not comply with our order. Thus, by letter of November 1, 2019, we deemed the reporter's record filed and set Appellant's brief due December 2. *Id.* at 38.6(a). To date, Appellant has not filed a brief or had any further communication with this court.

Therefore, we grant, *sua sponte*, Appellant an extension of time to file his brief. Appellant's brief is due on or before January 13, 2020. Should Appellant fail to file a brief by this deadline, the appeal will be submitted to the court for consideration without the reporter's record and without briefing. TEX. R. APP. P. 37.3(a)(2), 38.8(b)(4).

It is so ordered.

Per Curiam

Do not publish.